**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Gregory Arline** | : | **Case No. 10-52443** |
| | : | **Chapter 7 (Judge Caldwell)** |
| **Debtor.** | : | |

**NOTICE TO THE CLERK OF UNCLAIMED AND SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $3.13 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses for the parties entitled to those unclaimed dividends are:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Federal Adjustment Bur/ Baker Rental<br>PO Box 20850<br>Columbus, OH 43220-3602 | 2 | $0.11 |
| Meade & Associates Inc.<br>737 Enterprise Drive<br>Westerville, OH 43081-8850 | 5 | 3.02 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $3.13 | $0.00 |

Dated: 10/06/2010            /s/ Susan L. Rhiel
                             Case Trustee